at the October term, 1921.  Reversed and remanded.  Opinion filed October 30, 1922.

Raber, Kostner, Andalman & Arvey, for appellant; Nat. M. Kahn, of counsel.  No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

· L. L. Cooke, appellee, v. William E. Coats et al., defendants. William E. Coats, appellant.  Gen. No. 27,373.

Action for damages to plaintiff's automobile in a collision with an automobile owned by defendant.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding.  Heard in this court at the October term, 1921. Reversed and remanded.  Opinion filed October 30, 1922.

Moloney & Postelnek, for appellant; Peter Postelnek, of counsel. Hollywood & Tate and Earl M. Griffey, for appellee; Murphy O. Tate, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

F. E. Edwards, appellee, v. Sol H. Goldberg, appellant.  Gen. No. 27,382.

Action for a sum due for services in testing a process for rebuilding automobile tires.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding.  Heard in this court at the October term, 1921.  Affirmed. Opinion filed October 30, 1922.

Bassler, Bippus & Rose, for appellant.  Samuels, Lawton & Wittelle, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Charles Dubal, appellant, v. Amelia Appleby, appellee.  Gen. No. 27,411.

Assumpsit for money loaned.  Judgment for defendant.  Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding.  Heard in this court at the October term, 1921. Affirmed.  Opinion filed October 30, 1922.

Harry H. Felgar, for appellant.  C. Richard Betts, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

William Hagley, appellee, v. Chicago Wet Wash Company, appellant.  Gen. No. 27,426.

Action for damages to plaintiff's automobile in a collision with one owned by defendant.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding.  Heard in this court at the October term, 1921.  Affirmed. Opinion filed October 30, 1922.

Walter J. Fried and Jesse Marcus, for appellant.  Bamberger & Neumer, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Ralph R. Bradley et al., trading as Goodrich, Vincent & Bradley, appellees, v. W. McMillan and Son, appellant.  Gen. No. 27,405.

Action for attorney's fees and for money expended for defendant.